```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| JASON MILLER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 10-3298 |
| | * | |
| DIAMOND OFFSHORE MANAGEMENT CO. | * | |
| AND DIAMOND OFFSHORE SERVICES CO. | * | SECTION "B"(4) |

<u>ORDER</u>

Considering Plaintiff's Motion to Strike the Witness Testimony of Arthur Sargent (Rec. Doc. No. 63),

**IT IS ORDERED** that said motion is hereby **GRANTED;** like Mr. Cole, Mr. Sargent's opinion would not aid the trier of fact's ability to make commonsense conclusions based on trial evidence and particular jury instructions on laws to apply.

New Orleans, Louisiana, this 10TH day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE